# MEMORANDUM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9|22|14
```

TO:   **Sidney H. Stein**
       U.S. District Judge

FROM: **ARTHUR PENNY, CHIEF**
       Pretrial Services Officer

RE: Mark Frierson
DOCKET # 1:13CR00414-011

The attached memorandum was prepared by Pretrial Services Officer

Erica Cudina                                          (212)  805-4151

| Name | Phone Number |
|---|---|

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]   My chambers will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # _23_____ on _October 3_ at _9 A.M._____.
                                              Date                Time

[X]   So ordered: _____

[ ]   I request that a Bail Review Hearing be conducted by:

          [ ]   The presiding Magistrate Judge in courtroom # 5A.

          [ ]   The District Court Judge presiding in Part I.

          [ ]   _____
                        Judicial Officer
      at his/her earliest convenience.

**JUDICIAL OFFICER QUALITY IMPROVEMENT COMMENTS**: This space is available for you to provide us with your thoughts or comments on the quality or content of this report. We are interested in knowing what we could have done differently or better to improve the value of this report to you.  Thank you, Arthur Penny, Chief U.S. Pretrial Services Officer.

_____

_____

_____